**RECEIVED** 

MAY 1 8 2020

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTICT OF NORTH CAROLINA**

**WESTERN DIVISION**

**CIVIL NO.** 5:20-CV-186-M

**Arthur Vincent**)

_____ )

_____ )

_____ )

_____ )

**Plaintiff[s])**


vs.)　　　　　　　**COMPLAINT**


**AUTOZONE**)

_____ )

_____ )

_____ )

_____ )

**Defendant[s]**

5-12-2020

I certify that I have served a copy of "CIVIL COMPLAINT", ON ABOVE DATE, by U.S. Mail.

Arthur Vincent

5804B Chason Ridge Drive

Fayetteville,NC 28314

281-782-2966


**1. COMPLAINT**

Arthur Vincent

Telephone: 281-782-2966

This letter is to intiate a charge against coporation AutoZone who discriminated against me on the basis **Harassment, Age, Genetic Information, Color, Equal Compensation.**

Last Date of Employment by **termination** was on July 19, 2019.

**Reason of Firing** was never mentioned as I spoke with the HR Manager Gilbert Howell. He stated that at the end of the meeting I was to sign a form which he never gave to me to read. As we talked I answered his question, even tho all the information he gathered was used against me by those who threatend me with harm and bodily injury, He never could see the reason why all of this happend, and talked down to me in negative language and name calling. Eventually I figured that everythig was setup to be used against me. I asked for the number to EEOC as I was blocked in by the store manager Reginad Burns. HR Manager did not know where the information to EEOC was. Reggie pulled back A object blocking the number to EEOC. As I clocked out Gilbert was in front of the store and told me to sign a piece of paper, I continued to walk out the store. I even spoke with the Reginal manager who disregarded the informtion I was telling him the day I was arrested as I was the closing manager scheduled on July 16, 2019.

Arthur Vincent

12-27-2019

X _(signature)_

The complaint against defendant "AutoZone" discriminated against me by violating my civil rights under Title VII of the Civil Rights Act of 1964. Discriminating violations that took place are Harassment, Age, Genetic Information, Color, Equal Pay Compensation.

Harassment beyond measure leading to unlawful termination, and not being able to collect unemployment benefits from the state of North Carolina, has facilitated this suit. I have faxed all documents in a timely matter to the state to be further disqualified by state representatives of the EEOC, refer to exhibits 1, in that, there is sufficient evidence to the wrong doings of the defendant on file with the unemployment division of Raleigh.

Plaintiff was arrested for trespassing, threatened, and harassed days later by conducting business for AutoZone customer on July 15, 2019. On July 16, 2019 it was reported that I was conducting illegal business and misconduct and was not. Plaintiff was told to leave job after store manager threatened me and then reported to senior managers who further backed the store manager in his action. Also, before being threatened by the store manager I was threatened by the commercial sales manager, after trying to tell the store manager about what happened he further yelled at me that I am the problem. The whole day on July 16, 2019 were fights against Plaintiff. A investigation was done and used to get me fired without regarding the true facts of the story. I have been so wrong treated by HR Manager with disrespectful actions over the phone and in person with zero regard of all the actions by AutoZone staff.

## 2. Claim for Relief

I ask the Court to award the Plaintiff "7billon dollars" for AutoZone violating Title VII of The Civil Rights Act of 1964.

X _Arthur Vines_