UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ARTHUR VINCENT,       )<br>                                      )<br>              Plaintiff        )<br>                                      )<br>vs.                                )<br>                                      )<br>AUTOZONE,                  )<br>                                      )<br>                                      )<br>                                      )<br>                                      )<br>              Defendant.   ) | **JUDGMENT**<br>**CASE NO. 5:20-CV-186-M** |

**Decision by Court.**

**This action came before the Honorable Richard E. Myers II, United States District Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant's motion to dismiss [DE-6] is GRANTED and Plaintiff's complaint is dismissed. Plaintiff's motion to strike [DE-12] is accordingly DENIED AS MOOT.

This Judgment filed and entered on September 30, 2020, and copies to:
Arthur Vincent (via CM/ECF electronic notification)
George Oliver (via CM/ECF electronic notification)

| | |
|---|---|
| September 30, 2020 | Peter A. Moore, Jr.<br>Clerk of Court |
| | By: /s/ Kimberly R. Waddell<br>Deputy Clerk |